# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IT'S INTOXICATING, INC., | |
| Plaintiff, | CIVIL ACTION NO. 3:11-2379 |
| v. | (JUDGE CAPUTO) |
| MARITIM HOTELGESELLSCHFT, mbH, | |
| and DANIELA ZIMMER, | |
| Defendants. | |

**ORDER**

**NOW**, this 27th day of August, 2012, **IT IS HEREBY ORDERED** that:

(1) Defendant Maritim Hotelgesellschft, mbH's Motion to Dismiss (Doc. 9) is **GRANTED in part and DENIED in part**. Plaintiff It's Intoxicating, Inc's claims against Maritim Hotelgesellschft, mbH are **dismissed without prejudice** for lack of personal jurisdiction.

(2) Defendant Daniela Zimmer's Motion to Dismiss (Doc. 14) is **GRANTED in part and DENIED in part**. Plaintiff It's Intoxicating, Inc's claims against Daniela Zimmer are **dismissed without prejudice** for lack of personal jurisdiction.

(3) Plaintiff may file an amended complaint within **twenty-one (21) days** from the date of entry of this Order.

(4) If Plaintiff fails to file an amended complaint within twenty-one (21) days of this Order, the case will be closed **without prejudice**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge