# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IT'S INTOXICATING, INC.,** | : | |
| Plaintiff, | : | Civil No. 11-CV-2379 |
| v. | : | |
| **MARITIM HOTELGESELLSCHAFT mbH and DANIELA ZIMMER,** | : | (JUDGE MANNION) |
| Defendants. | : | |
| | : | |

# ORDER

**IT IS HEREBY ORDERED:**

1.) The motions to dismiss filed by defendants Zimmer, (Doc. No. 22), and Maritim, (Doc. No. 24), are **GRANTED IN PART** and **DENIED IN PART**.

2.) Defendants' Rule 12(b)(2) motions to dismiss for lack of personal jurisdiction, (Doc. No. 22; Doc. No. 24), are **DENIED**.

3.) Defendants' Rule 12(b)(3) motions to dismiss for improper venue, (Doc. No. 22; Doc. No. 24), are **DENIED**.

4.) Defendants' Rule 12(b)(6) motions to dismiss plaintiff's fraud claim, (Doc. No. 22; Doc. No. 24), will be **GRANTED**.

5.) Defendants' Rule 12(b)(6) motions to dismiss plaintiff's breach of contract claim, (Doc. No. 22; Doc. No. 24), will be **DENIED**.

6.) Defendants' Rule 12(b)(6) motions to dismiss plaintiff's unjust enrichment claim, (Doc. No. 22; Doc. No. 24), will be **DENIED**.

**7.)** Defendant Zimmer's Rule 12(b)(6) motion to dismiss plaintiff's conversion claim, (Doc. No. 22; Doc. No. 24), will be **GRANTED**.

**8.)** Defendants' Rule 12(b)(6) motion to dismiss plaintiff's request for compensatory damages, interest, and costs will be **DENIED**.

**9.)** Defendants' rule 12(b)(6) motion to dismiss plaintiff's request for punitive damages **GRANTED**.

**10.)** Defendants' rule 12(b)(6) motion to dismiss plaintiff's request for attorney's fees will be **GRANTED without prejudice.** Plaintiff may file a motion for attorney's fees with the court at the appropriate time pursuant to Federal Rule 54(d)(2)(B).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: July 31, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2011 MEMORANDA\11-2379-01-ORDER.wpd