# UNITED STATES DISTRICT COURT
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IT'S INTOXICATING, INC.,** | : | |
| | : | CIVIL ACTION NO. 3:CV-11-2379 |
| Plaintiff | : | (JUDGE MANNION) |
| v. | : | |
| **MARITIM HOTELGESELLSCHFT** mbH and **DANIELA ZIMMER,** | : | |
| | : | |
| Defendants | : | |

## ORDER

Based on the foregoing Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Motion for Summary Judgment of defendant Maritim **(Doc. 51)** is **GRANTED,** with respect to plaintiff's unjust enrichment claim.

2. The Motion is **DENIED** in all other respects.[1]

                                      s/ *Malachy E. Mannion*
                                      **MALACHY E. MANNION**
                                      **United States District Judge**

**Dated: January 27, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2011 MEMORANDA\11-2379-02-ORDER.wpd

---

[1] The court will schedule a pre-trial conference in this case by a separate order.