**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IT'S INTOXICATING, INC.,**         : | |
| **Plaintiff**                        : | |
|                                      : | **CIVIL ACTION NO. 3:11-2379** |
| v.                                   : | |
|                                      : | **(Judge Mannion)** |
| **MARITIM HOTELGESELLSHIFT**         : | |
| mbH and DANIELA ZIMMER,              : | |
|                                      : | |
| **Defendants**                       : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

Maritim's motion for partial reconsideration of the court's January 27, 2015, Memorandum and Order, (Doc. 65, and 66), denying it summary judgment, (Doc. 68), is **DENIED**. The Final Pretrial Conference and Trial remain scheduled in accordance to this court's order of February 4, 2015. (Doc. 67).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 19, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2011 MEMORANDA\11-2379-03-ORDER.wpd