# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IT'S INTOXICATING, INC,** : | |
| **Plaintiff,** : | **Civil No. 11-CV-2379** |
| v. : | **(JUDGE MANNION)** |
| **MARITIM HOTELGESELLSCHAFT** : <br> **mbH and DANIELA ZIMMER** <br>   **Defendants** : | |

## ORDER

For the reasons discussed in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the plaintiff's motion for entry of default judgment against defendant Zimmer, (Doc. 84), is **GRANTED AS MODIFIED**;

(2) the court hereby enters default judgment, in favor of plaintiff, It's Intoxicating, Inc., and against defendant, Daniela Zimmer, in the amount of $98,830.55, plus pre-judgment interest on the amount of $98,830.55, as of March 14, 2008, and until the entry of judgment, at the statutory rate of six percent per annum, plus post-judgment interest pursuant to 28 U.S.C. §1961;

(3) the plaintiff's bill of costs, (Doc. 84-1), is **DISMISSED WITHOUT PREJUDICE** to re-file with the clerk of court after the entry of this Order; and

(4)   The clerk is directed to close this case.


                                            s/ *Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

**Dated: July 6, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2011 MEMORANDA\11-2379-04-Order.wpd